# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL CARROLL and MARIAN CARROLL, | NO. 3:17-CV-2027 |
| Plaintiffs, | |
| v. | (JUDGE CAPUTO) |
| WATERMAN EXCAVATING, INC. and CECIL LIPSCOMB, JR., | |
| Defendants. | |

## **ORDER**

**NOW**, this 6th day of November, 2017, **IT IS HEREBY ORDERED** that Plaintiffs are given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order. If Plaintiffs fail to do so, the action will be dismissed.

 /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge